| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* EDCR05-00062-VAP |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 16-3045-01-CR-S-BP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Eastern |
|---|---|---|
| Mr. Britton Wayne Pitts<br>1642 W. McGee St<br>Springfield, Missouri 65807 | NAME OF SENTENCING JUDGE<br>Virginia A. Phillips | |
| | SUPERVISED RELEASE  January 25, 2012 | January 24, 2019 |

OFFENSE
18:2423: TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Western District of Missouri</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 13 2016
_____Date_____                   _____Virginia A. Phillips_____
                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Missouri_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/21/16
_____Effective Date_____         _____Beth Phillips_____
                                      United States District Judge