**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal No. 16-3045-01-CR-S-BP** |
| | ) | |
| **BRITTON WAYNE PITTS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |


**ORDER OF REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

Jurisdiction for the above-styled probation/supervised release case was transferred to the

Western District of Missouri on the 27th day of April, 2016, and assigned to the undersigned

United States District Judge.

Pursuant to Section 636(b), Title 28 United States Code, and Rule 72.1 of the Local Rules

for the United States District Court for the Western District of Missouri, it is:

ORDERED that United States Magistrate Judge David P. Rush is designated to determine

all preliminary matters and conduct any hearings necessary.



 /s/ Beth Phillips            
Beth Phillips
United States District Judge


Springfield, Missouri

Dated:  4/27/16