UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| BRITTON WAYNE PITTS | ) Case No. 16-03045-01-CR-S-BP |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of May 25, 2016, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Britton Wayne Pitts:

**The defendant shall submit his person, and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media and effects to a search at any time, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

/s/ Beth Phillips
BETH PHILLIPS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 31st day of May, 2016.